UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00373

**James Anthony Roy,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

### ORDER

Plaintiff filed this civil action pursuant to § 205(g) of the Social Security Act for judicial review of the Commissioner's denial of his application for Social Security benefits. Doc. 1. This case was referred to United States Magistrate Judge John D. Love (Doc. 3), who issued a report and recommendation that the decision of the Commissioner be reversed and that this case be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the opinion of the court. Doc. 18.

Neither party has filed objections to Judge Love's report and recommendation. The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion, and contrary to law").

Having reviewed the magistrate judge's report (Doc. 18), and being satisfied that it contains no clear error, the court accepts its findings and recommendations. The decision of the Commissioner is reversed, and this case is remanded to the Commissioner of the Social Security Administration for proceedings consistent with this court's opinion.

*So ordered by the court on May 10, 2021.*

　　　　　　　　　　*[signature]*
　　　　　　　　J. CAMPBELL BARKER
　　　　　　　United States District Judge